IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 0 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 25-30027-SPM |
| ) | |
| JAMES G. MCFARLAND-BISHOP, ) | Title 18, |
| ) | United States Code, |
| Defendant. ) | Sections 922, 924, 933 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### ATTEMPT FIREARMS TRAFFICKING

On or about September 2, 2024, in St. Clair County, within the Southern District of Illinois,

**JAMES G. MCFARLAND-BISHOP,**

defendant herein, did knowingly and intentionally attempt to ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).

### COUNT 2
### FELON IN POSSESSION OF A FIREARM

On or about September 2, 2024, in St. Clair County, within the Southern District of Illinois,

**JAMES G. MCFARLAND-BISHOP,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped

and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction for the offenses charged, defendant, **JAMES G. MCFARLAND-BISHOP**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 18, United States Code, Sections 934(a)(1)(A) and (B), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 and 2 of this indictment. The property that is subject to forfeiture referred to above includes, but is not limited to, the following items:

1) Taurus .40-caliber G2S pistol bearing S/N: SMU74304;
2) Any and all ammunition contained therewith.

JOHN D. A. TRIPPI
Assistant United States Attorney

ALI M. SUMMERS
Acting United States Attorney

Recommended Bond: DETENTION