IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES G. MCFARLAND-BISHOP,<br><br>Defendant. | Case No. 25-CR-30027-SPM |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

On February 20, 2025, a grand jury indicted Defendant James G. McFarland-Bishop on one count of attempted firearms trafficking in violation of 18 U.S.C. § 933(a)(1) and one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 1). The Government now moves to dismiss this Indictment against McFarland-Bishop without prejudice in accordance with Federal Rule of Criminal Procedure 48(a). (Doc. 5).

The Government's Motion to Dismiss Indictment (Doc. 5) is **GRANTED**. The Indictment against Defendant James G. McFarland-Bishop (Doc. 1) is **DISMISSED without prejudice** pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED:  March 12, 2025

s/ *Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge
